UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| CRAIG HUTCHINGS,<br><br>      Plaintiff,<br><br>      vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>      Defendant | Civil No. 3:09-CV-233-KI<br><br>~~PROPOSED~~ ORDER FOR EAJA FEES |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $9,000.00 pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, shall be awarded payable to Plaintiff's attorney.

DATED this __10th__ day of __May__, 2010.

                                                        /s/ Garr M. King
                                                    UNITED STATES DISTRICT JUDGE

Presented by:

s/ David J. Burdett
DAVID J. BURDETT
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
of Attorneys for Defendant
(206) 615-2522